IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: DIANE D. FOUNTAIN AKA DIANE PAGE  )
                                         )
Home Loan Services, Inc./First Franklin  )
Loan Service c/o Home Loan Services,     )
Inc. / Deutsche Bank Nat'l T rust Co.,   )
as Trustee for FFMLT Trust 2005-FF8,     )
Mortgage Pass-Through Certificates,      )
Series 2005-FF8,                         )
            Creditor,                    )
                                         )
    vs.                                  ) CASE NO. 07B22214
                                         ) JUDGE Pamela S. Hollis
DIANE D. FOUNTAIN AKA DIANE PAGE,        )
            Debtor,                      )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Home Loan Services, Inc./First Franklin Loan Service c/o Home Loan Services, Inc. / Deutsche Bank Nat'l T rust Co., as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the July 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of payments the amounts due on the loan as of July 31, 2009:

    a. Attorney Fees      $ 250.00

    b. July 2009         = $1,392.29

    c. Suspense          = -$ 438.59

    Total                = $1,203.70

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Home Loan Services, Inc./First Franklin Loan Service c/o Home Loan Services, Inc. / Deutsche Bank Nat'l T rust Co., as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8 rights to collect these amounts will be unaffected.

    Respectfully Submitted,
Home Loan Services, Inc./First Franklin Loan Service c/o Home Loan Services, Inc. / Deutsche Bank Nat'l T rust Co., as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn
13t$^h$ Floor
Chicago, Illinois 60602
(312)346-9088